FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 5 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHON PAUL OLNEY,<br><br>Defendant. | **2:17-CR-225-EFS**<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 2250(a)<br>Failure to Register as a Sex Offender |

The Grand Jury Charges:

Beginning on or about March 2017 and continuing until on or about November 22, 2017, within the Eastern District of Washington, the Defendant, NATHON PAUL OLNEY, a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of having been convicted in 07-CR-00128-EFS, of Abusive Sexual Contact within Indian County, in violation of 18 U.S.C. §§ 1153 and 2244(a)(2), did knowingly fail to update a registration as required

INDICTMENT - 1

under the Sex Offender Registration and Notification Act, all in violation of 18 U.S.C. § 2250(a).

DATED this __5__ day of December, 2017.

A TRUE BILL

_____
Foreperson

/s/ Joseph H. Harrington
JOSEPH H. HARRINGTON
Acting United States Attorney

/s/ Russell E. Smoot
Russell E. Smoot
Assistant United States Attorney

INDICTMENT - 2